# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Apple iPhone 7 Plus, more particularly described in ATTACHMENT A

Case No. 23-MJ-1670

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A.

located in the Eastern District of Pennsylvania, there is now concealed *(identify the person or describe the property to be seized)*:

See ATTACHMENT B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2252(a)(2) | access with intent to view child pornography |
| 18 U.S.C. 2252(a)(4)(B) | possession of child pornography |

The application is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

s/ Kathryn Murray
*Applicant's signature*

Kathryn Murray,
HSI Special Agent
*Printed Name and Title*

Sworn to before me and signed in my presence.

Date: 09/26/23

/s/ PAMELA A. CARLOS
*Judge's signature*

City and state: ALLENTOWN PA

Pamela A. Carlos, U.S. Magistrate Judge
*Printed name and title*